**Exhibit A**

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | __ FEPA <br> X EEOC | 440-2019-00517 |

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) <br> Timothy Hoffstead | Home Phone (Incl. Area Code) <br> (331) 232-9848 | Date of Birth <br> 12/24/1966 |
|---|---|---|
| Street Address <br> 0S732 Myrtle, Winfield, IL 60190 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name <br> Northeast Illinois Regional Commuter Rail Corporation d/b/a Metra | No. Employees, Members <br> 1000+ | Phone No. (Include Area Code) <br> (312) 542-8380 |
|---|---|---|
| Street Address <br> 547 West Jackson Boulevard, Chicago, IL 60661 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) <br><br> __ RACE __ COLOR __ SEX __ RELIGION __ NATIONAL ORIGIN <br><br> __ RETALIATION __ AGE X DISABILITY __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE <br> Earliest       Latest <br> August 3, 2018 <br><br> X CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I have worked for Respondent as a police officer since November 15, 2010. From approximately March 2014 until August 3, 2018, I worked as a field training officer and a K-9 handler for explosive detection, and was paid higher wages for doing so. At the end of July 2018, Respondent required me to submit to a random drug test and I tested positive for medications that I am prescribed and take lawfully for my disabilities, which are migraines and attention deficit disorder.

Respondent refused to allow me to work from August 3, 2018 through October 9, 2018, during which time period I was not paid. Respondent reinstated me as a police officer on or about October 10, 2018, but refused to allow me to return to my former work schedule and refused to allow me to work as a field training officer or a K-9 handler.

By the above actions, Respondent has discriminated against me because of my disabilities in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLANANT |
| 10-23-18     *Signature* <br> Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

RECEIVED EEOC
OCT 2 3 2018
CHICAGO DISTRICT OFFICE