**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section – 4 Con*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

May 19, 2021

DJ# 205-63-0

<u>VIA EMAIL:tmuzzy@jbosh.com</u>
Timothy Hoffstead c/o
Taylor Muzzy, Esq
Jacobs, Burns, Orlove & Hernandez
150 N. Michigan Avenue, Suite 1000
Chicago, IL  60601

Re:　　　EEOC Charge Against:　　METRA
　　　　　EEOC No.:　　　　　　　440-2019-00517
　　　　　DJ#:　　　　　　　　　　205-63-0

Dear Mr. Hoffstead:

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

　　　　It has been determined that the Department of Justice (the Department) will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

　　　　You are hereby notified that conciliation on your case was unsuccessful by the EEOC. <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12111, et seq., against the above-named respondent.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

　　　　Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience.  If you are unable to find an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 2117(a).

If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

Julianne Bowman
District Director
U.S. Equal Employment Opportunity Commission
Chicago District Office
230 S Dearborn Street
Suite 1866
Chicago, IL  60604

Please note, due to COVID-19 there may be a delay in obtaining copies of the case file.

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case. Enclosed you will find a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA).

          Sincerely,
          Pamela S. Karlan
          Principal Deputy Assistant Attorney General

          BY: /S/ Amanda Maisels
             Amanda Maisels
             Deputy Chief
             Disability Rights Section

Enclosures:
    Notice of Rights under the ADAAA

cc:    METRA
        EEOC-Chicago District Office