**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| TIMOTHY HOFFSTEAD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 2021 cv 004335 |
| | ) | | |
| NORTHEAST ILLINOIS REGIONAL | ) | Judge Sara L. Ellis | |
| COMMUTER RAILROAD CORPORTION, | ) | | |
| d/b/a METRA, | ) | Magistrate Heather K. McShain | |
| | ) | | |
| Defendant. | ) | | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **July 5, 2023 at 9:45 am,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ellis or any Judge sitting in Courtroom 1403, located at the United States District Court for the Northern District of Illinois, and then and there present the **Unopposed Motion to Extend Dispositive Motion Deadline,** a copy of which is attached hereto and is herewith served upon you.

/s/ Stephen G. Goins
Stephen G. Goins Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, Julie Rintz, a non-attorney, certify that I filed the foregoing notice via the Clerk of the Court using the E-File System, which will send notification of such filings to all e-filing counsels of record in this case, and I sent a copy of this notice and the aforementioned documents via electronic mail to the parties listed on the attached Service List on this 6th day of June 2023.

/s/ Julie Rintz
Julie Rintz, Litigation Paralegal

Stephen G. Goins – ARDC#: 6310890
**Metra Law Department**
547 West Jackson Boulevard - 15th Floor
Chicago, Illinois 60661
Telephone: 312.322.7073
Email: sgoins@metrarr.com

## SERVICE LIST

### *Timothy Hoffstead v. Metra*, **2021 cv 004335**

**ATTORNEYS FOR PLAINTIFF**

Taylor E, Muzzy, Esq.
Sherrie E. Voyles, Esq.
Marissa D. Longoria, Esq.
**Jacobs, Burns, Orlove & Hernandez LLP**
150 North Michigan Avenue, Suite 1000
Chicago, Illinois 60601
Telephone:	312.372.1646
E-Mail:	tmuzzy@jbosh.com
	svoyles@jbosh.com
	mlongoria@jbosh.com