## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Timothy Hoffstead,

Plaintiff(s),

v.

Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra,

Defendant(s).

Case No. 21-cv-4335
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court grants Metra's motion for summary judgment. The Court enters judgment for Metra on Hoffstead's complaint 1 and terminates the case. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for summary judgment.

Date:   11/21/2023                                    Thomas G. Bruton, Clerk of Court

                                                      Rhonda Johnson, Deputy Clerk