## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY HOFFSTEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2021 cv 004335 |
| | ) | |
| NORTHEAST ILLINOIS REGIONAL | ) | Judge Sara L. Ellis |
| COMMUTER RAILROAD CORPORTION, | ) | |
| d/b/a METRA, | ) | Magistrate Heather K. McShain |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: **Jacobs, Burns, Orlove & Hernandez LLP**
150 North Michigan Avenue, Suite 1000
Chicago, Illinois 60601
E-Mail: tmuzzy@jbosh.com  svoyles@jbosh.com  mlongoria@jbosh.com

**PLEASE TAKE NOTICE** that on the **January 4, 2024, at 1:45 pm** or as soon thereafter as counsel may be heard, I shall before The Honorable Judge Ellis or any judge sitting in her stead in Room 1403, via **(866) 434-5269, Access Code: 8087837** and then and there present **METRA'S BILL OF COSTS,** a copy of which is attached and served upon you.

                                            __/s/: Stephen Goins_____
                                            Stephen Goins, Attorney for Defendant

### PROOF OF SERVICE

I, Julie Rintz, a non-attorney, certify that I filed the foregoing notice with the aforementioned document(s) via the Clerk of the Court using the E-File System and I sent a copy via electronic mail to the party(ies) listed on the attached Service List on this 2nd day of January, 2024.

                                            /s/ Julie Rintz_____
                                            Julie Rintz, Litigation Paralegal

Stephen Goins, ARDC# 6310890
**Metra Law Department**
547 West Jackson Boulevard, 15th Floor
Chicago, Illinois 60661
Telephone: 312-322-7073
E-mail: sgoins@metrarr.com