# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

March 20, 2025

Before

**ILANA DIAMOND ROVNER**, *Circuit Judge*
**MICHAEL Y. SCUDDER**, *Circuit Judge*
**JOHN Z. LEE**, *Circuit Judge*

| | |
|---|---|
| No. 23-3420 | TIMOTHY HOFFSTEAD,<br>    Plaintiff - Appellant<br><br>v.<br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, doing business as METRA,<br>    Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-04335<br>Northern District of Illinois, Eastern Division<br>District Judge Sara L. Ellis | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court